## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| RONALD THIBODEAU, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>MILLARD MALL SERVICES, INC. )<br>AKA THE MILLARD GROUP, )<br>)<br>            Defendant. ) | No. 2:16-cv-00505-GZS |

## **STIPULATION OF DISMISSAL**

Pursuant to Local Rule 41.1(a), Plaintiff Ronald Thibodeau and Defendant Millard Mall Services, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of all claims contained in Plaintiff's Complaint, with prejudice and with no costs to either party.

Dated: March 28, 2017

Counsel for Plaintiff:

*/s/ Jeffrey Neil Young*
Jeffrey Neil Young, Esquire
jyoung@johnsonwebbert.com
Johnson, Webbert & Young, LLP
P.O. Box 79, 160 Capitol St., Suite 3
Augusta, Maine 04332
207.623.5110

*/s/ Kristin L. Aiello*
Kristin L. Aiello, Esq.
kaiello@drme.org
Disability Rights Maine
24 Stone Street, Suite 204
Augusta, Maine 04330

Counsel for Defendant:

*/s/ Shiloh D. Theberge*
Shiloh D. Theberge, Esquire
stheberge@littler.com
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, Maine 04101
207.699.1112

- 2 -

## CERTIFICATE OF SERVICE

    I, Jeffrey Neil Young, attorney for Plaintiff Ronald Thibodeau, hereby certify that on this date I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all registered participants.

Dated:  March 28, 2017

                */s/ Jeffrey Neil Young*
                Jeffrey Neil Young, Esq.
                Johnson, Webbert & Young, LLP
                P.O. Box 79, 160 Capitol St., Suite 3
                Augusta, Maine 04332
                jyoung@johnsonwebbert.com

                Attorney for Plaintiff